IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 OCT 16  P 12: 25

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| MICROSOFT CORPORATION | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO.  L-00-2289 |
| | : | |
| COMPUTERS R US and | : | |
| THOMAS WHEELER | : | |
| | : | |
| Defendants | : | |

### ORDER

Upon review of the court file and documents in this case, this Court finds that service of process upon the defendants, Computers R Us and Thomas Wheeler was completed on or about July 28, 2000. To date, no responses have been filed. Accordingly, plaintiff shall file, within ten days from the date hereof, a motion for entry of default and motion for default judgment or provide a report as to why such motions would be inappropriate.

It is so ORDERED, this 16TH day of October, 2000

_____
Benson Everett Legg
United States District Judge